**Order entered August 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00169-CR
No. 05-17-00170-CR

**MANUEL FINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-30419-Y & F16-30420-Y**

## ORDER

On June 16, 2017, the Court granted the requests of court reporters Vearneas Faggett and Trashuna Salaam for addition time to file the reporter's record, making the reporter's record due July 16, 2017. To date, no reporter's record has been filed, and we have had no communication from either court reporter regarding the record in these appeals.

We **ORDER** court reporters Vearneas Faggett and Trashuna Salaam to file the complete reporter's records in these appeals within **FOURTEEN DAYS** from the date of this order. We caution Ms. Faggett and Ms. Salaam that the failure to file the reporter's record by that time will result in the Court taking whatever remedies it has available, including ordering that they not sit until the complete reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to the Presiding Judge, Criminal District Court No. 7; to Verneas Faggett, the official court reporter of the Criminal District Court No. 7; to Trashuna Salaam, court reporter; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE